**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00403-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LEE ANTONIO DUNLAP (01) A.K.A. RA EL BEY | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is *pro se* Defendant Lee Antonio Dunlap, aka Ra El Bey's letter motion to dismiss the indictment (Record Document 31). Defendant is charged with being a felon in possession of a firearm and ammunition. See Record Document 1. He argues the case against him should be dismissed because he is not a United States citizen under the Fourteenth Amendment and, as a sovereign citizen, this Court has no jurisdiction over him. See Record Document 35. He further maintains that the charge against him is in violation of the Second Amendment's "right of the people to keep and bear arms." Id. The Government has opposed the motion. See Record Document 35.

Defendant's claim that this Court lacks jurisdiction because he is a sovereign citizen is without merit and is summarily rejected by this Court. See U.S. v. Benabe, 654 F.3d 753, 767 (7th Cir. 2011) ("Regardless of an individual's claimed status of descent, be it as a 'sovereign citizen,' a 'secured-party creditor,' or a 'flesh-and-blood human being,' that person is not beyond the jurisdiction of the courts. These theories should be rejected summarily, however they are presented."). Likewise, it is well settled that the constitutional rights set forth in the Second Amendment are not absolute and there have been "longstanding prohibitions on the possession of firearms by felons" that do not

contradict the Second Amendment. D.C. v. Heller, 554 U.S. 570, 626-627, 128 S. Ct. 2783, 2816-2817 (2008). Defendant's motion is, therefore, **DENIED**.

    **IT IS SO ORDERED.**

    **THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 28th day of October, 2020.

                                            S. MAURICE HICKS, JR., CHIEF JUDGE
                                               UNITED STATES DISTRICT COURT